Charles Pillmore et al., Appellants, *v.* Sarah F. Harrington, as Ancillary Administratrix, with the Will Annexed, of Lavina E. Walsworth, Deceased, Respondent, Impleaded with Others.

*Real property — title — condemnation proceedings — ownership of award.*

*Pillmore* v. *Walsworth,* 166 App. Div. 557, affirmed.

(Submitted December 15, 1921; decided January 10, 1922.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 23, 1915, affirming a judgment in favor of defendant, respondent, entered upon a decision of the court on trial at Special Term. The action was brought to determine the ownership of an award made by the state of New York for lands appropriated by the state for Barge canal purposes, the money having been deposited by the state with the defendant Albany Trust Company, to the credit of the parties hereto, pursuant to section 88 of the Canal Law, to await the determination and order of the court, the plaintiffs claiming to have been the owners of the lands appropriated and entitled to the award. The answering defendant, Lavina E. Walsworth, claimed one-half of the award, alleging that one Elisha A. Walsworth, in 1878, then the owner of the lands appropriated, executed a mortgage which conveyed only an undivided one-half of the premises, under which plaintiffs obtained their title, and that an undivided one-half descended to Cyrus M. Walsworth, who conveyed to Thomas S. Nightingale, and the latter conveyed to the defendant Walsworth and also assigned to her.

*Ward J. Cagwin* for appellants.

*Edward L. O'Donnell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.